U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 1 2012

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STUART C. IRBY COMPANY     PLAINTIFF

v.     Civil Action No. _12-6076_

GEORGE E. SMITH AND     DEFENDANTS
MICHELENE D. SMITH

## COMPLAINT

Stuart C. Irby Company ("Irby") respectfully submits this complaint against defendants George E. Smith and Michelene D. Smith.

### Parties

1. Irby is a Mississippi corporation. Its principal place of business is located at 815 South State Street, Jackson, Mississippi.

2. George E. Smith resides in Hot Spring County at 1359 Allen Road, Bismarck, Arkansas 71929-6571.

3. Michelene D. Smith resides in Hot Spring County at 1359 Allen Road, Bismarck, Arkansas 71929-6571.

### Jurisdiction

4. This Court has jurisdiction over this dispute under 28 U.S.C. § 1332. The matter in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

### Venue

5. Venue is proper in this judicial district under 28 U.S.C. § 1391 because at least one of the defendants resides in this judicial district.

## Facts

6. On May 24, 2006, the defendants signed a personal guaranty (the "Guaranty") making them obligated to Irby for any amounts that LRE Royal Electrical Contractors, Inc. ("LRE") owed or ever would owe to Irby. Specifically, the Guaranty provided that the defendants

> [J]ointly and severally, hereby unconditionally guarantee to . . . Irby the payment of all existing indebtedness of . . . [LRE] together with any and all amounts that . . . [LRE] shall at any future time owe to . . . [Irby] on account of materials, equipment, or any other goods or services furnished or sold, whether such indebtedness is in the form of an open account, promissory note, other commercial paper, or otherwise. . . . . This [Guaranty] shall be a primary, absolute, unconditional, open and continuing guaranty, and shall continue in force until expressly revoked by written notice from the undersigned, mailed by certified mail and received by Stuart C. Irby Co. at its above printed address . . . ."

A copy of the Guaranty is attached as Exhibit 1 to this complaint.

7. The Guaranty also provided that if LRE's account is "placed in the hands of an attorney for collection, . . . [the defendants] agree[] to pay twenty percent (20%) of the account balance as attorney's fees and costs of collection." Exhibit 1.

8. During a period ending in the month of July 2011, Treadway Electric Company ("Treadway") supplied LRE with electrical materials used on certain construction projects.

9. LRE failed to fully pay Treadway, and LRE's account balance of $173,120.20 with Treadway became delinquent.

10. In December 2011, Irby purchased all of the assets of Treadway Electric Company ("Treadway") and now owns all of Treadway's contracts, accounts and claims, including LRE's account balance of $173,120.20 and other amounts associated with the delinquent balance.

## Claim No. 1:  Breach of Guaranty

11.     Irby has demanded payment under the terms of the Guaranty for LRE's debt and the defendants have not agreed to honor that demand.  Therefore, the defendants have breached the Guaranty.

ACCORDINGLY, Irby respectfully requests that the Court enter a judgment making the defendants jointly and severally liable to Irby for the following:

(i)     a principal amount of $173,120.20,

(ii)     $34,624.04 ($173,120.20 X 20%) in attorneys' fees and costs of collection,

(iii)     pre- and post-judgment interest, and

(iv)     such other and further relief as the Court deems appropriate.

Dated: May 30, 2012.

STUART C. IRBY COMPANY

By: _____
One of Its Attorneys

OF COUNSEL:
Jason E. Sharp, Arkansas Bar No. 2005263
jsharp@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Box 7520
Columbus, Mississippi  39705-0024
410 Main Street
Columbus, Mississippi  39701
Telephone:  (662) 240-9744
Facsimile:  (662) 240-4127